1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3813
   Telephone:     (415) 398-8080
4  Facsimile:     (415) 398-5584

5  Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
   CORPORATION, as RECEIVER for INDYMAC FEDERAL
6  BANK, FSB

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | LUIS GARCIA,                              | CASE NO.    CV10-1072 VRW
12 |         Plaintiff,                        | **ORDER GRANTING SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB AND REQUEST FOR STAY**
13 |     v.                                    |
14 | INDYMAC BANK, FSB; QUALITY LOAN           |
   | SERVICE CORP.; and DOES 1 through 50      |
15 | inclusive,                                | **CTRM:**    6, 17TH FLOOR
   |                                           | **JUDGE:**   HON. VAUGHN R. WALKER
16 |         Defendants.                       |

987712v1

ORDER GRANTING SUBSTITUTION OF FDIC AS
RECEIVER; STAY CV10-1072VRW

1  THE COURT, having reviewed the Substitution Of Federal Deposit Insurance
2  Corporation, As Receiver For Indymac Federal Bank, FSB and the requested stay, and good cause
3  having been shown,
4  IT IS HEREBY ORDERED:
5  (1) That the Federal Deposit Insurance Corporation, as Receiver for Indymac
6  Federal Bank ("FDIC as Receiver"), is substituted in for named defendant Indymac Bank, FSB; and
7  (2) That all proceedings in this matter are stayed for ninety (90) days from the
8  date of this Order.
9  IT IS SO ORDERED.

Dated: April 7, 2010

HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

987712v1         - 2 -    ORDER GRANTING SUBSTITUTION OF FDIC AS RECEIVER; STAY CV10-1072VRW