Timothy L. McCandless
Law Offices Of Timothy L. McCandless
1881 Business Center Suite 9A
San Bernardino, CA 92408

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

UNITED STATES DISTRICT COURT
Northern ~~CENTRAL~~ DISTRICT OF CALIFORNIA

Luis Garcia

Plaintiff(s),

v.

Indymac Bank, FSB: et al

Defendant(s).

CASE NUMBER

cv-01072

NOTICE OF DISMISSAL PURSUANT
RULE 41(a) or (c) F.R.Civ.P.

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

06/14/10
Date

Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)          NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)